IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-03511-WYD-KMT

CHESAPEAKE ENTERPRISES, INC.,

    Plaintiff,

v.

ONLINE CONSUMERS NETWORK, STEPHEN COLE KIMBALL, and
DEL KIMBALL,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of the Suggestion of Bankruptcy Re: Defendant Del Kimball filed August 12, 2015, and the Order of August 13, 2015, staying this case against that Defendant, Del Kimball's Motion to Dismiss for Lack of Personal Jurisdiction filed March 16, 2015 (ECF No. 18) is **DENIED WITHOUT PREJUDICE**.  Upon the lifting of the stay, Defendant Del Kimball may move to reinstate the motion and the briefing thereto.

    Also, Plaintiff and Defendants Online Consumers Network and Stephen Cole Kimball shall file a status report by **Monday, August 24, 2015,** indicating whether the parties intend to proceed in the case despite the stay against Del Kimball or whether the entire case should be stayed during the pendency of Del Kimball's bankruptcy proceeding.

    Dated:  August 13, 2015.