IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-03511-WYD-KMT

CHESAPEAKE ENTERPRISES, INC.,

    Plaintiff,

v.

ONLINE CONSUMERS NETWORK, STEPHEN COLE KIMBALL, and
DEL KIMBALL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Request for Status Conference with Defendants' Counsel filed August 21, 2015 (ECF No. 42) is **GRANTED**.  A status conference is set for **Tuesday, September 29, 2015, at 10:00 a.m.**  Counsel for both parties shall be present.

    Dated:  September 10, 2015.