IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daneil**

Civil Action No.   14-cv-03511-WYD-KMT

CHESAPEAKE ENTERPRISES, INC.,

    Plaintiff,

v.

ONLINE CONSUMERS NETWORK, STEPHEN COLE KIMBALL, and
DEL KIMBALL,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Joint Stipulation of Dismissal filed March 10, 2016.  After a careful review of the Stipulation and the file, it is

ORDERED that the Joint Stipulation of Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.

Dated:  March 28, 2016

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge